# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Malibu Media LLC

                                     Plaintiff,

v.                                       Case No.: 1:14–cv–05228

                                      Honorable Milton I. Shadur

John Doe, subscriber assigned IP address 67.167.254.232

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 12, 2014:

      MINUTE entry before the Honorable Milton I. Shadur: Status hearing held on 11/12/2014. This case is dismissed without prejudice and without costs, with leave granted to request reinstatement or to enforce the settlement agreement on or before December 15, 2014. If no such motion or a motion to extend time to request reinstatement is noticed up for presentment by December 15, 2014, this dismissal will become with prejudice on December 16, 2014. Civil case terminated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.